# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MCPIKE, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation; UNUM GROUP, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  15 CV 1445 AJB  (JMA)<br><br>**CLASS ACTION**<br><br>**ORDER OF DISMISSAL**<br><br>(Doc. No. 31) |

This matter, having come before the Court on the Joint Motion of Plaintiff Tracy McPike ("Plaintiff") and Defendants Unum Life Insurance Company of America and Unum Group (collectively, "Unum") for Dismissal, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. All of Plaintiff's claims are dismissed **with prejudice**.
2. The claims of the members of the putative and uncertified class Plaintiff sought to represent are dismissed **without prejudice**.

3. The Parties will pay their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 24, 2015

Hon. Anthony J. Battaglia
United States District Judge

2